IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                         CASES NO. 4:09cr34-RH/CAS
                                                                          4:10cv565-RH/CAS

TYRUN LAYVON COOK,

      Defendant.

_____/

## ORDER GRANTING RELIEF UNDER § 2255

This case is before the court on the magistrate judge's report and recommendation, ECF No. 107. No objections have been filed. The report and recommendation is correct and is adopted as the court's opinion. Accordingly,

IT IS ORDERED:

1. The defendant Tyrun Layvon Cook's second amended motion, ECF No. 74, for relief under 28 U.S.C. § 2255 is GRANTED IN PART.

2. The judgment entered January 19, 2010, ECF No. 60, is VACATED.

3. A renewed judgment with the identical terms is being separately entered today.

4. Mr. Cook is granted leave to proceed *in forma pauperis* on appeal from the renewed judgment.

5. The appointment of Robert A. Morris as the attorney for Mr. Cook is continued for purposes of appeal.

6. Mr. Morris should file on Mr. Cook's behalf a notice of appeal from the renewed judgment. If Mr. Morris has not done so by March 20, 2014, the clerk must file a notice of appeal on Mr. Cook's behalf.

7. The remaining contentions in the second amended § 2255 motion are dismissed without prejudice as premature.

SO ORDERED on March 12, 2014.

s/Robert L. Hinkle
United States District Judge